UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENE T. BARTHELEMY, JR. | CIVIL ACTION |
| VERSUS | NO. 11-2758 |
| RIVER VENTURES, LLC, ET AL. | SECTION: R(1) |

## ORDER REALLOTTING CASE

Defendants, **RIVER VENTURES, LLC AND U.S. UNITED BULK TERMINAL LLC,** are represented by Jones, Walker, Waechter, Poitevent, Carrere & Denegre, in which the undersigned's husband, R. Patrick Vance, is a partner. I am therefore required to disqualify myself from acting on this case by 28 U.S.C. § 455 and Canon 3-C(1) of the Code of Judicial Conduct.

Accordingly,

**IT IS ORDERED** that the Clerk of Court reallot this matter to another section of this Court.

New Orleans, Louisiana, this ___13th___ day of January, 2012.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

JAN 13 2012
REALLOTTED TO
SECT. N