UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENE T. BARTHELEMY, JR. | CIVIL ACTION |
| VERSUS | NO. 11-2758 |
| RIVER VENTURES, LLC, et al. | SECTION "N" (1) |

### ORDER AND REASONS

On the showing made, **IT IS ORDERED** that Plaintiff's "Motion for Leave to File First Supplemental and Amended Complaint," and the parties' joint "Motion to Continue Deadlines" (Rec. Docs. 8 and 9), are **DENIED**. Neither submission explains why the proposed additional defendant was not, and could not have been, added prior the expiration of the Court's March 26, 2012 deadline for amendments (see Rec. Doc. 6). Nor is it clear that circumstances are such that joining an additional defendant, at this juncture, would not prejudice the trial date, the pre-trial conference date, or the dispositive motions deadline in this matter. Finally, the parties' motion to continue deadlines does not specify to which deadlines the motion applies, or the anticipated length of the requested continuances.

New Orleans, Louisiana, this 21st day of August 2012.

_____
**KURT D. ENGELHARDT**
**United States District Judge**